UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No.: 21-CR-623 (CRC) |
| v. | : | |
| **MICHAEL ECKERMAN,** | : | |
| Defendant. | : | |

### NOTICE OF DISCOVERY PRODUCED

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, files this notice memorializing production to the defense of:

- Discovery 3 produced October 4, 2021 of United States Capitol Police (USCP) video (CCTV) and Metropolitan Police Department (MPD) body worn camera footage via the defense platform of evidence.com;

- Discovery 4 on October 6, 2021 of additional MPD body worn camera footage, CCTV videos, and open source media via USAfx and;

- Discovery 5 on October 8, 2021 of MPD and USCP internal affairs reports, exhibits and additional CCTV via the defense platform of evidence.com.

                Respectfully submitted,

                CHANNING D. PHILLIPS
                Acting United States Attorney
                D.C. Bar No. 415793

By: /s/ *Mona Lee M. Furst*
     MONA LEE M. FURST
     Assistant United States Attorney
     Detailee – Federal Major Crimes
     Kansas Bar No. 13162
     United States Attorney's Office
     1200 Epic Center, Suite 1200
     Wichita, Kansas 67202
     Mobile No. (316) 269-6537
     Mona.Furst@usdoj.gov

## CERTIFICATE OF SERVICE

On this 12th day of October 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                /s/*Mona Lee M. Furst*
                Mona Lee M. Furst
                Assistant United States Attorney