UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No. 1:21-CR-623 (CRC) |
| MICHEAL ECKERMAN and | : |
| KIRSTYN NIEMELA, | : |
| | : |
| Defendants. | : |

NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney-Detailee Jessica Arco is now assigned in a secondary capacity to the above-captioned matter. This is notice of her appearance of behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

By:   /s/
Jessica Arco
Trial Attorney–Detailee
U.S. Attorney's Office for the District of Columbia
D.C. Bar No. 1035204
601 D Street, NW
Washington, DC 20530
202-514-3204
Jessica.arco@usdoj.gov