# EXHIBIT 1

December 20, 2022

Honorable Judge Christopher Cooper

Your Honor,

We are David and Barbara Eckerman, Michael's godparents as well as uncle and aunt. Michael's parents divorced when he was a baby. His grandparents played a key role in his care from a very young age. As a child, he was also surrounded by aunts, uncles and cousins. As an only child, the love, support and guidance of a large family network was invaluable in helping him avoid many of the rough times children of divorce experience.

He did well in school and played football in high school and would meet his wife, Sarah, in his sophomore year. He would also go on to play football at Garden City JUCO.

Michael and Sarah would welcome three children into their lives: two sons, Jayden, Kowyn , and their daughter ,Elliana.

Michael has always been a great provider and excelled in his career. They are very involved with their children's extracurricular activities and are part of a local church.

On January 6th, 2021, Michael made the single worst decision of his entire life as he entered The Capital Building. His wife and three children, ages 14, 10 and 7 need him as a husband, father and provider especially now in their young and formative years.

Your Honor, our purpose for writing is to request that you be merciful toward Michael and his family. As you consider his fate, please do not allow this

single audacious and disrespectful lack of judgment determine his entire future.

Thank you for your consideration,

Sincerely,

David and Barbara Eckerman

Your Honor                                                                                                          January 14, 2023

My name is Donny Eckerman; I am Michael's uncle. I am writing this letter on behalf of Michael's character and the importance of him being a citizen and why removing him from society for any amount of time would not be beneficial to anyone, especially his wife and children, family, friends, and employer/employees.

Michael is a dedicated father and husband who provides for his family. He is involved in all his children's activities: school, sports, church, and leisure activities etc. As we know, many families do not have a father figure and this has proven to be devastating for the children. Michael has been there through good and bad times which is due to his strong faith and commitment to his wife Sara and their three children, Jayden, Kowen and Eliana.

As an uncle, I have watch Michael grow up from the time he was born into this world into the man he is today. He has always been involved with his own family and extended family activities. Michael's love for his family is strong and you can feel it when you are in the room with him. He is a nephew to 5 uncles and numerous cousins. Our family is very close, always getting together for holidays, birthdays, and just plain get togethers. After losing my parents (Michaels grandparents), whom Michael was very close too, he automatically stepped in where grandpa and grandma left off as the glue that keeps our family together. As aforementioned, Michael loves getting the family together and enjoys hosting holidays and celebrations. He is very passionate about this whole family and is always ready to help anyone who needs him.

Since the incident, Michael has continued his role as a husband and father while going to work each day to provide for his family. His employer stands behind him and relies on him for his expertise in helping to run the company. This speaks volumes on Michael's character. He has never waivered or complained about the situation he is in and continues to do what is best for his family and the people around him. Michael understands he made a mistake, Michael is very compassionate about his beliefs and wants only the best for his wife and children's future, however, he got caught up in the moment and made a poor decision and deeply regrets it.

I humbly ask your Honor to please consider work release for Michael. This will allow him to continue to provide for his family and employer. Removing him from society for any amount of time would not make society a better or safer place, however it would have the opposite result in my humble opinion.


Respectfully


Donny Eckerman

November 14, 2022

To The Honorable Judge Christopher Reid Cooper

Reference Michael Eckerman

The purpose of this letter is to serve as a personal reference for Michael. I have known Michael for several years due to our working at the same company. Michael is a Branch Manager for Yellow (a $5 billion transportation company). His work and leadership is widely regarded at the company where he manages four different terminal locations across the state of Kansas. The drivers, dockworkers, mechanic's and office personnel are union workers (Teamsters) at Yellow. Michael has excellent leadership and communication skills in leading what at many times, can be a difficult work force and environment. Managing Teamster employees requires a successful manager to possess a certain type of talent and skill set (level headed, calm, consistent and above all --- to be very honest when dealing with employees). A Branch Manager will fail quickly and miserably in a union environment if they do not possess the above referenced skills. Michael excels as a Branch Manager with these skills and the leaders Michael report to know it as well.

I am also aware of how involved Michael is in his community. He regularly attends School Board meetings along with other functions and charities. Michael is a person who has the best interest at heart for his fellow citizens.

Most importantly, Michael is also a very devoted family man to his wife and 3 children. In fact – he lives for his family. He comes from a good family, who are in the Wichita community as well.

I don't know every detail of what happened on January 6, 2021. I know what Michael has said – and I believe him without question. Importantly in this case, Michael is just not a man who lies number one. And number two – the set of skills Michael has ingrained in him would come into play in a chaotic situation like January 6 I'm convinced. He has been trained to remain calm in very difficult situations.

I would sincerely ask that several factors be considered when resolving Michael's case. His wife and 3 young children need Michael in their daily lives – without question. I can't imagine the burden and challenges Michael's wife will face if he is not there to be the dad and husband his kids and wife need and deserve. Number two – the lives of many employees and their families at Yellow could be affected in a negative way. Michael has earned the trust of his employees and all four Yellow locations in Kansas operate very well. There could be a disruption for many employees in how things operate if Michael is not there.

Thank you for taking the time to read this letter of reference.

Sincerely,

*[signature]*

James L. Welch
Chief Executive Officer -- Yellow – Retired

Your Honor,                                                                                                          November 4, 2022

My name is Dennis Eckerman, I'm Michael's Uncle/God Father. Michael's father Daniel Eckerman is my older brother. I'm not much of a writer but I'm going to do my best in a short letter to tell you about my nephew Michael Eckerman.

**His Faith** - Michael and his wife Sara are strong Catholics and are raising their children to be good Christian Catholics. They attend Mass every Sunday as a family and follow the church catechism. Karla my wife and I belong to the Confraternity of St Martin and hold a prayer group once a month which Michael and Sarah have attended now for 18 months. We do a rosery, the Chaplet of the Holy Face, additional prayers and scripture study.

**His Family** - My Father and Mother Keith & DeLoris Eckerman, Michael's grandparents who Michael was extremely close to are recently deceased at the ages of 81 & 88. Michael has four aunts and five uncles on the Eckerman side, Douglas & Christy, David & Barbara, Dennis & Karla, Donald & Wendy, and Dale. He has eight nephews. We are a very close family and all love Michael, his wife Sara, and their three beautiful children Jaden, Coen, and Ellie very much.

Our families get together for all holidays, birthdays, weddings, funerals, vacations, sporting events and weekend cookouts.

**His Schooling** - Michael graduated from West High School, Wichita Ks in 2002 with a GPA of 3.0. Michael played football and was on the varsity team all three years and was defensive captain his junior and senior year. Michael received a scholarship to Garden City college and played football for another year.

**His Career** - Michael first wanted to be a firefighter or get into law enforcement. This was inspired by his Uncle Donald who has now been with the Wichita fire department for over 31 years 12 of those years in law enforcement as a fire investigator. Michael was also inspired by his Aunt Karla my wife who is retired federal law enforcement officer, Special Agent for the Treasury. Michael received his EMT license and interviewed with WFD. He was not accepted on his first interview but getting accepted can take several attempts.

In the meantime, I encouraged Michael to come to work for a trucking company, Chris Truck Line in Wichita, KS, that I had been employed with for about 15 years as VP of Sales. Michael quickly excelled and was promoted to outbound supervisor. He was then promoted to daytime dispatcher. After 10 years Michael was recruited to a much larger trucking company RL Carriers as afternoon dispatcher & outbound supervisor. Two years later YRC, or now Yellow Freight recruited Michael as Terminal Manager of a large operation in Wichita, KS and three additional terminals in KS.

**Overview** - Your Honor, as you already know Michael has no prior records. He is a very hard-working sought-after individual in the trucking industry. He is a devout loving husband and is a great father to his three kids. He would do anything to help a family member, a friend, or a stranger.

I humbly ask your Honor to please consider work release for Michael. This is not only for Michael but for his family. Jail time would cause them to lose their home and relocating in today's market would make it nearly impossible to keep the kids in the same schools. Michaels oldest Jaden is a freshman playing varsity soccer at Goddard High School in Goddard, KS. Coen also attends grade school in Goddard and would suffer the most as he is a very emotional kid. Ellie would adjust as she is still very young. I feel like Michael

has already served a nearly two-year torturous sentence awaiting his hearing. This experience has greatly humbled and change Michael for the good. Michael is very passionate about his beliefs and his family's future and was peacefully rallying for what he believes in. Unfortunately, he got caught up in the moment and made a very poor decision. He did no harm to any property or persons as this is not who Michael is as a person. Michael has learned a very powerful lesson through this process. Again, your Honor please consider a sentence that would allow Michael to continue to work and take care of and provide for his family.

Respectfully

Dennis Eckerman

Honorable Judge Christopher Reid Cooper

Dear Judge Cooper,

I am writing this letter on behalf of Michael Eckerman. I appreciate you taking the time to read this as I know you are very busy.

Michael and I both work for Yellow Freight in Wichita, KS. I have worked with Michael for the past 6.5 years. We started with Yellow two weeks apart and have grown into our roles with this company together. Michael oversees all operations for the Kansas based terminals, and I handle the sales for most of Kansas. We are in separate factions of the company but are a team none the less. The truck drivers at Yellow Freight are union employees while Michael and I are management and are non-union employees. This dynamic has proven difficult for past terminal managers at our facility and Michael is now the longest serving Terminal Manager in Wichita. Patience, empathy, and drive are all qualities needed to manage truck drivers at a company like Yellow. Michael has all these qualities and then some and I believe that is why he has been so successful.

Over the past 6+ years I have worked with Michael, I have seen the type of person he is inside the office and in his personal life as well. In the office, he is a hard worker and puts his employees needs over his own. One example is, at the end of every year, the Operations Supervisors use up their vacation time to not lose it when the new year comes around. When they decide to take their vacation time Michael covers their shifts whether it is the early morning shift, day shift, or the evening shift. While these managers are taking time off to be with family, Michael is at work and has 150-180 hours of vacation time vanish with the new year, every year. Outside of the office, Michael is a family man. He has a wife and three children. Michael's family, for the most part, lives a normal American life. His wife was a stay at home mom until the children were all old enough to be in school. She now works in the school that their children attend. In the evening, Michael's wife gets dinner ready for the family and most of the time they are trying to beat the clock to get to soccer practice. While Michael lives a normal life most of the time, it has not been easy the past couple of years. He has had the stress of the unknown with his pending case and two very sick parents to care for. Michael's mother was diagnosed with cancer and he made sure to have her to treatment at 6 am, three times per week, for multiple months. Even with all the stress in the world on his shoulders, Michael has kept it together for his family and employees. He comes in every day with a positive attitude and puts his life and future in god's hands.

Michael will sometimes ride with me to make sales calls with our local customers. We have quite a few "pan handlers" in our city. Every time we pull up to a stoplight, if there is a person with a sign asking for money, he will get his wallet out and have cash ready to give to them. I advise him not to do that, but he says" I want to help people when I can because there may come a time when I need a little help myself." That is why I am writing this letter today, to ask you to help Michael during his sentencing. I have seen the toll this process has taken on him and his family over the past two years. Michael seems to have done a lot of soul searching and instead of crumbling under the pressure has learned from his mistakes and continues to move in a positive direction. Michael has a wife, children, and a bunch of employees

that depend on him every day. Having him removed from everyone's daily lives for an extended period would be detrimental. Please take this into consideration during sentencing. I appreciate your time and appreciate all you do.

Thank you,

Boston Ford

12/28/2022

Dear Judge Christopher Cooper,

    I am reaching out to you regarding my husband Michael Eckerman. I am his wife, Sarah Eckerman. I have known Michael for 23 years. I met him in highschool at the age of 15, and have been with him ever since. In the 23 years together, there has never been a time when I couldn't count on him to take care of me. I grew up in a broken home, without a father, and in a way, Michael took on that role for me by looking out for me. He has always made sure I had a roof over my head. Michael too, grew up without active parents and was consistently moved from home to home. Together, Michael and I have 3 wonderful children. Keeping a family together is our number one priority. Having an active father figure in my children's lives is imperative. I have never known Michael to miss a day of work. He has worked in the freight industry for over 20 years. He started off as a part time dock worker, and is now the Terminal Manager for a freight company here in Kansas. Showing a good work ethic to our children is very important to both of us. Outside of work, Michael lives for his family. He is very involved with our children and their school activies and sports.

    Please, I respectfully ask you to consider probation for my husband. I cannot fathom my children's father away from them. I know he made a poor choice and our family has suffered immensly from it. Michael does not have a criminal backround and is an active member of society. I know he feels deep remorse for the choice he made. I thank you kindly for taking the time to read my letter.


Respectfully,

Sarah Eckerman