| | |
|---|---|
| **From:** | KATIE STRIEGEL |
| **To:** | Arco, Jessica (CRT) |
| **Subject:** | [EXTERNAL] Case 1:21-cr-00623-CRC, United States of America v. Michael Eckerman |
| **Date:** | Friday, March 3, 2023 10:15:12 AM |

Dear Ms. Arco,

I have been following this case because Michael Eckerman's wife, Sarah Eckerman, is my niece (my sister's daughter). Having following the case and downloading the filings throughout the process, I see the Sentencing Memorandum filed yesterday by Mr. Eckerman's attorneys.

Although I had an extremely close relationship with Sarah all of her life, that relationship ended when I found out that Michael had been indicted by the grand jury and arrested in September of 2021, and that Sarah was fully supporting him even after his arrest. The relationship I had with that part of my family had to end because of their extreme support of Donald Trump and their new obsession with guns. I can't help but notice that my sister and Sarah's mother, ███████, did not provide a letter of support for Michael. I have no doubt as to why. We, too, have known Michael since Sarah started dating him at 15 years old. He was not then and is not now (or as of 2021) the stellar person that his supporters' letters make him out to be in the Sentencing Memorandum response he has filed. He is a verbally abusive father and I would argue that Sarah shows signs of Stockholm Syndrome in her unfailing support of Michael, no matter how awfully he has treated her and their children.

To get to my point, I wish someone had contacted me to write a letter to the judge on behalf of the Prosecution. Make no mistake, a few years away from Michael Eckerman may just save his wife and children. She would not suffer financially because my sister and her husband have more than enough room and money to support her and their grandchildren and I have absolutely no doubt they would do so. Michael has never shown an ounce of remorse for any of his horrible actions toward Sarah over the years and the verbal abuse he hurls at his sons and I refuse to believe he is truly remorseful now for his actions of January 6, 2021.

I only wish that I had been given the opportunity to share my personal experience with Michael Eckerman over the last 20 years. His true personality should be shared with the judge in deciding Michael's sentencing.

Thank you,

Kathyrn (Katie) Striegel