UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                          Case No. 21-cr-00623 CRC

MICHAEL ECKERMAN

### SUPPLEMENT TO DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Comes now the defendant, by and through his attorney, Richard S. Stern, to provide the Court with three letters in response the government's filing yesterday of Mr. Eckerman's wife. The letters are from Tamra Jackson, Thomas Carter and Dana Hogan and are collectively attached as Exhibit 1.

Respectfully submitted,

/s/ Richard S. Stern

_____
RICHARD S. STERN
D.C. Bar No. 205377
932 Hungerford Drive #37A
Rockville, MD 20850
301-340-8000
Email: rssjrg@rcn.com
Attorney for Mr. Eckerman

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically served all counsel of record on March 7, 2023.

/s/ Richard S. Stern

_____
RICHARD S. STERN

1