**RCN Webmail**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　rssjrg@rcn.com

## Michael Eckerman

**From:** Tamra Jackson &lt;tsjcksn@icloud.com&gt;　　　　　　　Mon, Mar 06, 2023 07:20 PM
**Subject:** Michael Eckerman
**To:** rssjrg@rcn.com

Your Honorable Judge Cooper:

I am related to Michael Eckerman, as his wife's aunt, sister to Sarah's mother.

I am very close to Sarah Eckerman, who is like a daughter to me. Sarah and Michael are model parents, that have provided very well for their children. They maintain a close relationship and bond between themselves and their children. I greatly admire the Eckerman family. Michael and Sarah have been together since high school, and I can attest to their love and devotion to each other. They have three beautiful children, and they are both very involved in their school activities and sports. Michael is a kind, generous, polite and always gracious man. Michael has always been an excellent provider. They have a lovely charming home where Michael has bonded closely with his children and Sarah. I know they would miss him greatly if he were ever absent from them. Michael's care and generosity goes beyond his children and wife also, as he remains very close to extended family. His parents haven't been well, and Michael helps with their needs and care.

These last two years have been stressful for the Eckerman family, as they just want to get on with their lives, because Family time is most important to them.

Apparently, you have received unfavorable letters regarding Michael from my sister, Katie. We have all been estranged from Katie since her dads death. She hasn't spoken to anyone in our family, and we are afraid to reach out to her, respecting her privacy. We can only hope she recovers from her emotional difficulties.


Sincerely,
Tamra Jackson


Sent from my iPhone