**LEAVE TO FILE GRANTED**
/s/ C.R. Cooper
1/11/24

UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF COLUMBIA

United States Of America,
Plaintiff / Respondent

v.                                             Case No. 1:21 cr-623 (CRC)

Michael Eckerman
Defendant / Petitioner

## DEFENDANT'S MOTION FOR ADJUSTMENT OF SENTENCE

Defendant Michael Eckerman, pro se, asks this Honorable Court to apply a sentence reduction in consideration of:

[X] November 1, 2023 amendment to U.S.S.G. § 4A1.1 concerning "Status Points" which affected Defendant's Criminal History calculation retroactively because the current offense was committed while under "any criminal justice sentence", such as imprisonment, probation, or supervised release.

[X] November 1, 2023 amendment which added U.S.S.G. § 4C1.1 concerning a 2 Level reduction to the offense level of certain offenders with zero criminal history points, which affected Defendant's offense level retroactively.

Defendant has reviewed the respective amendments from the Sentencing Commission and believes the marked amendment(s) apply to him. Therefore, Defendant asks this Honorable Court to adjust his sentence accordingly pursuant to 18 U.S.C. 3582(c)(2) and in consideration of the amendment(s) marked above.

Executed on this date of: 1-2-2024.

RECEIVED
Mail Room
JAN - 8 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

X _/s/ Michael Eckerman_
Name: Michael Eckerman
Reg. #: 65573-509
Address: FCI Forrest City Low
Federal Correctional Institution
PO Box 9000
Forrest City, AR 72336